UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| HAROLD LEROY BROOKS, ) | |
| Plaintiff, ) | |
| v. ) | Civil Action No. 1:18-cv-363 (CMH/TCB) |
| SOCIAL SECURITY ADMINISTRATION ) OFFICE, et al., ) | |
| Defendants. ) | |

REPORT AND RECOMMENDATION

THIS MATTER comes before the Court on Plaintiff Harold Leroy Brooks's failure to comply with the Court's Order of April 24, 2018 (Dkt. 2). For the reasons stated below, the undersigned recommends that this case be DISMISSED without prejudice.

On March 27, 2018, Plaintiff, a prisoner detained at the Haynesville Correctional Center proceeding pro se, filed a complaint against Defendants the Social Security Administration Office, Melissa Hammock, and Tina Waddel, seeking review of an unfavorable Social Security Administration decision pursuant to 42 U.S.C. § 405(g). However, while Plaintiff filed a complaint with this Court, Plaintiff failed to submit payment for the appropriate filing fees or submit an application to proceed in forma pauperis. Accordingly, the Court issued an Order conditionally filing Plaintiff's complaint, assessing Plaintiff a filing fee of $350.00 pursuant to 28 U.S.C. § 1914(a) and an administrative fee of $50.00, and ordering that Plaintiff either pay the assessed fees or submit an application to proceed in forma pauperis and a consent form.[1]

---

1. An application to proceed in forma pauperis and a consent form were attached to the Order

1

Plaintiff was explicitly warned that failure to pay the fees or return the application to proceed <u>in forma pauperis</u> and consent form within thirty days of April 24, 2018, could result in dismissal of his action without prejudice. As of the date of this Report and Recommendation, Plaintiff has failed to either submit payment of the assessed fees or return the application to proceed <u>in forma pauperis</u> and consent form.

Federal Rule of Civil Procedure 41 provides that a court may dismiss an action for failure to comply with a Court order. FED. R. CIV. P. 41(b). The Court's Order dated April 24, 2018, explicitly directed Plaintiff to either submit payment of the assessed fees or return the application to proceed <u>in forma pauperis</u> and consent form, and the Court's Order further explicitly warned Plaintiff that failure to do so within thirty days of the Order could result in dismissal of his action without prejudice. Despite such a warning, Plaintiff failed to comply the Court's Order, meaning that dismissal of Plaintiff's action without prejudice is appropriate.

For the reasons outlined above, the undersigned U.S. Magistrate Judge recommends that this case be DISMISSED without prejudice.

and submitted to Plaintiff at his address of record.

NOTICE

The parties are advised that objections to this Report and Recommendation, pursuant to 28 U.S.C. § 636 and Rule 72(b) of the Federal Rules of Civil Procedure, must be filed within fourteen (14) days of its service. Failure to object to this Report and Recommendation waives appellate review of any judgment based on it.

/s/
Theresa Carroll Buchanan
United States Magistrate Judge

THERESA CARROLL BUCHANAN
UNITED STATES MAGISTRATE JUDGE

June 11th, 2018
Alexandria, Virginia