IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

HAROLD LEROY BROOKS,

    Plaintiff,

v.                               Civil Action No. 1:18-cv-363

SOCIAL SECURITY ADMINISTRATION
OFFICE, et al.,

    Defendants.

## ORDER

THIS MATTER comes before the Court on the Report and Recommendation of the Magistrate Judge dated June 11, 2018 in response to Plaintiff's failure to comply with the Court's Order of April 24, 2018. Plaintiff has not filed any objections, and the time for filing such objections has lapsed.

Based on a de novo review of the evidence in this case, having reviewed the Report and Recommendation, it appears to the Court that the Magistrate Judge's Report and Recommendation is neither clearly erroneous nor contrary to law. Accordingly, this Court affirms the findings of the Magistrate Judge and finds that Plaintiff failed to comply with the Court's April 24, 2018 Order. It is hereby

ORDERED that Plaintiff's Complaint is DISMISSED WITHOUT PREJUDICE.

/s/ Claude M. Hilton
CLAUDE M. HILTON
UNITED STATES DISTRICT JUDGE

Alexandria, Virginia
July 30, 2018